

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00437-CV

_____

MCMAHAN'S FLOORING, INC., Appellant

V.

SHELLY MORRISON AND STEVE HOWE, Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-323156-21

Before Womack, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Unopposed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 28, 2022